UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80798-CV-MIDDLEBROOKS

MARTIN THOMAS,

    Plaintiff,

v.

LIMITLESS CREDIT REPAIR, LLC,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to my Order Granting Motion for Default Final Judgment (DE 26), it is hereby

**ORDERED AND ADJUDGED** that:

1. Final Judgment is **ENTERED** in favor of Plaintiff Martin Thomas, and against Defendant Limitless Credit Repair, LLC.

2. Plaintiff Martin Thomas is entitled to $427.00 in actual damages.

3. The Clerk of Court is directed to **CLOSE THIS CASE.**

4. All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 14th day of February, 2024.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record